1  Alan Nakazawa, State Bar No. 84670
   COGSWELL NAKAZAWA & CHANG, LLP
2  444 West Ocean Boulevard, Suite 1410
   Long Beach, California 90802-4449
3  Telephone: (562) 951-8668
   Facsimile:  (562) 951-3933
4
   Attorneys for Plaintiff
5  Nippon Yusen Kaisha

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 NIPPON YUSEN KAISHA, doing          ) CASE NO.: CV12-05473 BRO (JPRx)
   business as NYK LINE, and NYK       )
12 LINE (NORTH AMERICA) INC. as        ) IN ADMIRALTY
   agent for NIPPON YUSEN KAISHA;      )
13                                     ) JUDGMENT AGAINST
                                       ) DEFENDANTS DUC HIEN PHAM
14                                     ) AND SUNSHINE SHIPPING, INC.
              Plaintiffs,              )
15                                     ) Date of Hearing:   July 18, 2013
        vs.                            )
16                                     ) Time:              1:30 p.m.
   SUNSHINE SHIPPING, INC., a          )
17 corporation, and DUC HIEN PHAM,     ) Courtroom: Honorable Beverly Reid
   an individual;                      )            O'Connell
18                                     )            Courtroom 14
                                       )            312 Spring Street,
19            Defendants.              )            Los Angeles, CA 90012
                                       )
20 _____     )

21

22

23

24

25

26

27

28
   _____
                                    1
   JUDGMENT AGAINST DEFENDANTS DUC HIEN PHAM AND SUNSHINE
                         SHIPPING, INC.

1  In accordance with this Court's ORDER RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT and ORDER RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, filed on August 22, 2013, which granted Plaintiffs' Motion for Summary Judgment against Defendant Duc Hien Pham and Plaintiffs' Motion for Default Judgment Against Sunshine Shipping, Inc., the Court HEREBY GRANTS JUDGMENT in favor of Plaintiff Nippon Yusen Kaisha, and against Defendants Duc Hien Pham and Sunshine Shipping, Inc., in the amount of $151,401.86, plus prejudgment interest of $991.89, plus attorneys' fees of $29,050.00, and collection costs of $7,624.40, for a total judgment of $189,068.15. Duc Hien Pham and Sunshine Shipping, Inc. are jointly and severally liable for the total judgment of $189,068.15.

The Court also awards Nippon Yusen Kaisha interest on the judgment until paid under 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated: August 26, 2013

_____
BEVERLY REID O'CONNELL
United States District Judge